

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

EX PARTE

TYRONE CAMERON.

§
§
§
§
§
§
§

No. 08-18-00146-CR

Appeal from the

County Criminal Court No. 1

of El Paso County, Texas

(TC# 20170C10013)

## **J U D G M E N T**

The Court has considered this cause on the Appellant's motion to dismiss the appeal, and concludes the motion should be granted and the appeal should be dismissed as moot, in accordance with the opinion of this Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 11TH DAY OF JANUARY, 2019.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.